IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MYRON WATSON
    *Petitioner*,

v.

THERESA DELBALSO; THE DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE; and, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA
    *Respondents*.

:
:
: CIVIL ACTION
: NO. 17-3191
:
:

**ORDER**

AND NOW, this 16th day of July, 2020, upon careful and independent consideration of: Petitioner Myron Watson's Petition for a Writ of Habeas Corpus (ECF No. 1); the Response in Opposition thereto (ECF No. 8), Petitioner's Traverse (ECF No. 9); the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (ECF No. 12); Petitioner's Objections thereto (ECF No. 16); and, the Response in Opposition to said Objections (ECF No. 20), it is hereby ORDERED as follows:

(1) Petitioner's Objections (ECF No. 16) are DENIED in accordance with this Court's accompanying Memorandum;

(2) The Report and Recommendation (ECF No. 12) is APPROVED AND ADOPTED;

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is DENIED AND DISMISSED;

(4) There is no probable cause for the issuance of a Certificate of Appealability; and,

(5) The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II    J.